**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Jacqueline J. Ponce,

                  Plaintiff,

    v.

Christopher Zehnder,

                Defendant.

_____

)
)
)
)
)
)
)
)
)
)

Case No. CV16-516-R

**ORDER OF DISMISSAL
BY LACK OF PROSECUTION AND FOR
FAILURE TO COMPLY WITH THIS
COURT'S ORDER RE: NOTICE TO
COUNSEL**

    Plaintiff/Parties were  ordered to show cause in writing by not later than **May 12, 2016** why this action should not be dismissed for failure to submit a proof of service of summons and complaint as ordered in this Court's Order Re: Notice to Counsel;

    WHEREAS, this period has elapsed without any action by plaintiff/parties.

    The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated  May 13, 2016

_____
MANUEL L. REAL
United States District Judge